IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT NATHANIEL JARVIS, | : | |
| Petitioner, | : | 1:19-cv-0328 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN, | : | |
| Respondent. | : | |

## **ORDER**

**April 2, 2019**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1), filed pursuant to 28 U.S.C. § 2254, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

2. The Clerk of Court is directed to NOTIFY the Petitioner.

3. The Clerk of Court is further directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge